[No. 63334-1-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THRASHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05587-2, Douglass A. North, J., entered April 16, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Ellington, JJ.

[No. 63356-2-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HUMBERTO VELAZQUEZ-MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00436-7, Michael E. Rickert, J., entered April 8, 2009. *Reversed* by unpublished opinion per Becker, J., concurred in by Ellington and Schindler, JJ.

[No. 63359-7-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN RAY PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07293-9, Laura Gene Middaugh, J., entered April 20, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Schindler, JJ.

[No. 63378-3-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VLADIMIR V. MISHKOV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12463-7, Richard D. Eadie, J., entered April 17, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Ellington and Spearman, JJ.